COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-21-00152-CV

Style:                      Billy Wischnewsky and Amy Wischnewsky v. James Marsh and
Kasey Marsh

Trial Court Case Number:     19-CV-0437

Trial Court:                10th District Court of Galveston County

Type of Motion:             Objection to Mediation

Party Filing Motion:        Appellee

Appellee has objected to mediation.  The Court's mediation order dated April 5, 2021 is withdrawn.


Judge's signature: /s/ Sarah Beth Landau
                        Acting individually

Date: April 13, 2021


\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).